**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorney for Plaintiff/Counter-Defendant*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY DRISCOLL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LIVBAY LASH, a domestic Corporation; SHAUNA GARDNER JONES, an Individual; and DOES 1-50, inclusive; and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendants. | **CASE NO.: 2:23-cv-1630**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF ASHLEY DRISCOLL TO FILE A RESPONSIVE PLEADING TO DEFENDANTS' COUNTERCLAIMS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Ashley Driscoll ("Plaintiff"), through her counsel HKM Employment Attorneys LLP, and Defendants Livbay Lash and Shauna Gardner Jones (collectively, "Defendants"), through its counsel Littler Mendelson, P.C. that Plaintiff shall have a 14-day extension up to and including Friday, January 12, 2024, in which to file a responsive pleading to Defendants Answer and Counterclaims (ECF No 6). This Stipulation is submitted and based upon the following:

1. Plaintiff's response to Defendants' Counterclaims is currently due Friday December 29, 2023.

2. Due to the intervening holidays and office closures, Plaintiff requires additional time to prepare her responsive pleading to Defendants' Counterclaims.

3. This is the first request for an extension of time for Plaintiff to file a responsive

pleading to Defendants' Counterclaims.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 22nd day of December 2023.

| HKM EMPLOYMENT ATTORNEYS LLP | LITTLER MENDELSON, P.C. |
|---|---|
| By: */s/ Dana Sniegocki*<br>DANA SNIEGOCKI, ESQ.<br>Nevada Bar No. 11715<br>E-mail: dsniegocki@hkm.com<br>HKM EMPLOYMENT ATTORNEYS LLP<br>101 Convention Center Dr., Suite 600<br>Las Vegas, Nevada 89109<br>Tel: (702) 805-8340<br>Fax: (702) 805-8340<br>*Attorney for Plaintiff/Counter-Defendant* | By: */s/ Michael D. Dissinger*<br>PATRICK H. HICKS, ESQ.<br>Nevada Bar No. 4632<br>phicks@littler.com<br>MICHAEL D. DISSINGER, ESQ.<br>Nevada Bar No. 15208<br>mdissinger@littler.com<br>3960 Howard Hughes Parkway, Suite 300<br>Las Vegas, Nevada 89169.5937<br>Telephone: 702.862.8800<br>Fax No.: 702.862.8811<br>*Attorney for Defendants/Counterclaimants* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: December 22, 2023

Page **2** of **2**