1  **DANA SNIEGOCKI, ESQ.**
   Nevada Bar No. 11715
2  E-mail: dsniegocki@hkm.com
3  **HKM EMPLOYMENT ATTORNEYS LLP**
   101 Convention Center Dr., Suite 600
4  Las Vegas, Nevada 89109
   Tel: (702) 805-8340
5  Fax: (702) 805-8340
   *Attorney for Plaintiff/Counter-Defendant*
6

7              **UNITED STATES DISTRICT COURT**
8                   **DISTRICT OF NEVADA**

9  ASHLEY DRISCOLL, an individual,

10                 Plaintiff,                    **CASE NO.: 2:23-cv-1630**

11  vs.
                                                 **STIPULATION AND ORDER TO**
12                                               **EXTEND TIME FOR PLAINTIFF**
    LIVBAY LASH, a domestic corporation;         **ASHLEY DRISCOLL TO FILE A**
13  SHAUNA GARDNER JONES, an                      **RESPONSIVE PLEADING**
    Individual; and DOES 1-50, inclusive; and    **TO DEFENDANTS'**
14  ROE CORPORATIONS 1-50, inclusive,            **COUNTERCLAIMS**
15
                                                 **(SECOND REQUEST)**
16                 Defendants.

17         IT IS HEREBY STIPULATED by and between Plaintiff Ashley Driscoll ("Plaintiff"),

18  through her counsel HKM Employment Attorneys LLP, and Defendants Livbay Lash and

19  Shauna Gardner Jones (collectively, "Defendants"), through its counsel Littler Mendelson, P.C.

20  that Plaintiff shall have a 14-day extension up to and including Friday, January 26, 2024, in

21  which to file a responsive pleading to Defendants' Answer and Counterclaims (ECF No. 6).

22  This Stipulation is submitted and based upon the following:

23         1.    The parties previously stipulated to extend the time for Plaintiff to file a

24  responsive pleading to Defendants' Counterclaims which was granted by the Court on

25  December 22, 2023 (ECF No. 9).

26         2.    Plaintiff's response to Defendants' Counterclaims is currently due Friday

27  January 12, 2024.

28         3.    Since entry of the Court's Order, the parties have engaged in informal settlement

                            Page **1** of **2**

1  discussions and have discussed the possibility of scheduling a settlement conference with the

2  Court. The parties anticipate they will submit a stipulation requesting that a settlement

3  conference with the Court be scheduled.

4        4.     Accordingly, the parties believe an additional extension for Plaintiff to respond

5  to the Counterclaims would permit the parties to direct their efforts towards resolution.

6        5.     This is the second request for an extension of time for Plaintiff to file a

7  responsive pleading to Defendants' Counterclaims.

8        6.     This request is made in good faith and not for the purpose of delay.

9        7.     Nothing in this Stipulation, nor the fact of entering to the same, shall have the

10  effect of or be construed as waiving any claim or defense held by any party hereto.

11        Dated this 9th day of January 2024.

12  **HKM EMPLOYMENT ATTORNEYS LLP**    **LITTLER MENDELSON, P.C.**

| | |
|---|---|
| By: */s/ Dana Sniegocki* | By: */s/ Michael D. Dissinger* |
| DANA SNIEGOCKI, ESQ. | PATRICK H. HICKS, ESQ. |
| Nevada Bar No. 11715 | Nevada Bar No. 4632 |
| E-mail: dsniegocki@hkm.com | phicks@littler.com |
| HKM EMPLOYMENT ATTORNEYS LLP | MICHAEL D. DISSINGER, ESQ. |
| 101 Convention Center Dr., Suite 600 | Nevada Bar No. 15208 |
| Las Vegas, Nevada 89109 | mdissinger@littler.com |
| Tel: (702) 805-8340 | 3960 Howard Hughes Parkway, Suite 300 |
| Fax: (702) 805-8340 | Las Vegas, Nevada 89169.5937 |
| *Attorney for Plaintiff/Counter-Defendant* | Telephone: 702.862.8800 |
| | Fax No.: 702.862.8811 |
| | *Attorney for Defendants/Counterclaimants* |

**ORDER**

IT IS SO ORDERED:

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

_____
United States Magistrate Judge

Dated: January 10, 2024