PATRICK H. HICKS, ESQ.
Nevada Bar No. 4632
MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 15208
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
phicks@littler.com
mdissinger@littler.com

Attorneys for Defendants/Counterclaimants
SASSY LASHES, INC. D/B/A LIVBAY LASH
SUPPLIES ERRONEOUSLY SUED AS LIVBAY
LASH AND SHAUNA GARDNER JONES

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY DRISCOLL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIVBAY LASH, a domestic Corporation; SHAUNA GARDNER JONES, an Individual; and DOES 1-50, inclusive; and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01630-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff/Counter-Defendant, ASHLEY DRISCOLL ("Plaintiff"), and Defendants/Counterclaimants, SASSY LASHES, INC. D/B/A LIVBAY LASH SUPPLIES ERRONEOUSLY SUED AS LIVBAY LASH AND SHAUNA GARDNER JONES ("Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action, including all of Plaintiff's claims and all of Defendants' counterclaims, with prejudice.

The Parties globally resolved this action at the Early Neutral Evaluation held on March 25, 2024 before Magistrate Judge Daniel J. Albregts. **ECF No. 18.** The Parties file the instant Stipulation pursuant to their agreement for global resolution.

1  The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation. Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Consistent with **ECF No. 18**, the Parties also request that the requirement for a joint status report be vacated pursuant to submission of the instant Stipulation.

**IT IS SO STIPULATED.**

Dated: May 31, 2024

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Dana Sniegocki* | */s/ Michael D. Dissinger* |
| DANA SNIEGOCKI, ESQ. | PATRICK H. HICKS, ESQ. |
| HKM EMPLOYMENT ATTORNEYS LLP | MICHAEL D. DISSINGER, ESQ. |
|  | LITTLER MENDELSON, P.C. |
| *Attorney for Plaintiff/Counter-Defendant* | *Attorneys for Defendants/Counterclaimants* |

**IT IS SO ORDERED.**

Dated: _____

June 3, 2024
UNITED STATES DISTRICT JUDGE

4859-7680-6325.1 / 121027-1003